

**Entered on Docket
September 08, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher Hunter, Esq. SBN 8127           E-filed: 9/2/2010
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691

Attorney for: Secured Creditor, U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2Home Equity Pass-Through Certificates, Series 2007-2, it assignees and/or successors, and the servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-34092-bam |
| | ) |
| Maria Del Rosario Parra, | ) Chapter  11 |
| | ) |
| Debtor(s). | ) DATE:  3/23/2010 |
| | ) TIME:   9:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

Secured Creditor, U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2Home Equity Pass-Through Certificates, Series 2007-2, it assignees and/or successors, and the servicing agent Select Portfolio Servicing, Inc. ("Movant"), and Debtor, Maria Del Rosario Parra, represented through counsel C. Andrew Wariner, Esq.

*Rev. 12.09*                                                                              M&H File No NV-10-19564
                                                                                          09-34092-bam

before this Court on the date, time and place set forth above, before the Honorable Bruce A. Markell, Judge presiding and stipulated to the Adequate Protection Order entered with the Court on **5/30/2010**. The Debtors subsequently defaulted under the terms of the Adequate Protection Order.

Upon reading the papers and pleadings on file herein and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 6332 Casada Way, Las Vegas, NV 89107.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

 */s/ Kristin A. Schuler-Hintz, Esq.*
Kristin A. Schuler-Hintz, Esq.
Christopher Hunter, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
(702) 685-0329


Approved/Disapproved

_____
DEBTOR'S COUNSEL
C Andrew Wariner. Esq.
823 Las Vegas Boulevard South Ste 500
Las Vegas, NV 89101
(702) 953-0404
awariner@lvbklaw.com

<u>ALTERNATIVE METHOD re; RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: C. Andrew Wariner

Unrepresented parties appearing: None

Trustee: U.S. Trustee - NV - 11

/s/ Christopher Hunter, Esq.
Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher Hunter, Esq. SBN 8127